IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JAMES MCFARLAND, | : |
| Plaintiff(s), | : |
| vs. | : Case Number: 1:08cv789 |
| | : Chief Judge Susan J. Dlott |
| COMMISSIONER OF SOCIAL SECURITY, | : |
| Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Black filed on December 10, 2009 (Doc. 20), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired December 31, 2009, hereby ADOPTS said Report and Recommendation.

Accordingly, it is **ORDERED** that the ALJ's non-disability finding be **REVERSED,** and this matter is **REMANDED** to the ALJ under the **FOURTH SENTENCE** of 42 U.S.C. §405(g). The Court further **RECOMMENDS** that, on remand, the ALJ is instructed to: (1) determine anew whether or not Plaintiff meets or equals the elements of Listing 1.04(A); (2) properly weigh the medical evidence and give specific reasons for the weight given to a treating source's medical

opinion as required by 20 C.F.R. § 404.15279d)92)-96); and (3) fully discuss and apply the factors for evaluating credibility set forth in Social Security Ruling 96-7p.

    IT IS SO ORDERED.

                                                               ___s/Susan J. Dlott_____
                                                               Chief Judge Susan J. Dlott
                                                               United States District Court